# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| SADIE HOWARD, ) | |
|     Plaintiff, ) | |
| ) | **JUDGMENT IN A CIVIL CASE** |
| v. ) | **CASE NO. 5:10-CV-259-F** |
| ) | |
| COUNTY OF DURHAM, ) | |
|     Defendant. ) | |

**Decision by Court.**

    **IT IS ORDERED AND ADJUDGED** that pursuant to the court's order dated June 14, 2011, the County's Motion for Judgment on the Pleadings is ALLOWED as to both Howard's § 1983 claims and her supplemental state wrongful termination claim.

    **IT IS FURTHER ORDERED AND ADJUDGED** pursuant to the court's additional order dated June 14, 2011, Howard's Motion to Enforce Settlement and her motion to Expedite are DENIED.

    **FINALLY**, the court has reviewed and considered the County's response to the court's July 6, 2011 order and declines to enter a finding whether the County has shown cause. The court, nevertheless, also declines to impose sanctions against any party, with the observation that any party's failure to comply with the rules governing mediation undermines the very purpose for which alternative dispute resolution opportunities were developed for litigants. Any pending motions are DENIED as moot. The Clerk of Court is DIRECTED to close this case.

    THE ABOVE JUDGMENT WAS ENTERED TODAY, **July 18, 2011**, AND A COPY MAILED VIA ELECTRONICALLY OR BY REGULAR MAIL TO:

James E. Hariston, Jr. (via CM/ECF Notice of Electronic Filing)

Jay J. Ritz (via CM/ECF Notice of Electronic Filing)

Kathy R. Everett-Perry (via CM/ECF Notice of Electronic Filing)

| | |
|---|---|
| July 18, 2011 | DENNIS P. IAVARONE |
| Date | Clerk of Court |
| | /s/ Susan K. Edwards |
| | *(By) Deputy Clerk* |
| | *Wilmington, NC* |